IN THE SUPREME COURT OF TEXAS

 No. 08-0820

 IN RE GREATER HOUSTON ORTHOPAEDIC SPECIALISTS, INC.

 On Petition for Writ of Mandamus

ORDERED:

 1. Relator's motion for interim relief, filed October 2, 2008, is
granted. All trial court proceedings in Cause No. 2006-CCL-00133-A,
styled Greater Houston Orthpaedic Specialists, LLP v. Jody Grisworld and
Peter Zavaletta, in the County Court at Law No 1 of Cameron County, Texas,
are stayed pending further order of this Court.
 2. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this October 17, 2008.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk